LAWRENCE H. STEEN, Respondent, v. JOHN RICHTER and Another, Appellants. — Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff for damages for personal injuries in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ELIZABETH ECKERT (OPPERMAN), Respondent, v. WILLIAM R. FREILER, Defendant, and LOUIS J. STONE, Appellant.— Order affirmed, with costs. All concur. (The order sets aside a jury verdict and grants a new trial in an automobile negligence action.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

GENEVIEVE WONCHNICKI, Respondent, v. JULIANNA WONCHNICKI, Appellant. — Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff money paid in court. The order grants plaintiff's motion for summary judgment in an action to recover death benefit under a membership certificate.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

JOSEPH A. O'BRIEN, Respondent, v. WILLARD WILCOX, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order directs judgment for plaintiff in an action for the conversion of an automobile.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

FLOYD ROGER SKIDMORE, SR., Respondent, v. EASTERN AUTOMOBILE FORWARD-ING COMPANY, INC., and Others, Appellants. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to consolidate six actions and to change the place of trial. The actions are for damages for personal injuries in an automobile negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

FLOYD ROGER SKIDMORE, SR., as Administrator, etc., of LORETTA NAYLOR SKID-MORE, Deceased, Respondent, v. EASTERN AUTOMOBILE FORWARDING COMPANY, INC., and Others, Appellants. (Action No. 2.) — Order affirmed, without costs. All concur. (The order denies a motion to consolidate six actions and to change the place of trial. The actions are for damages for personal injuries in an automobile negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

FLOYD ROGER SKIDMORE, SR., Administrator, etc., of FLOYD ROGER SKIDMORE, JR., Deceased, Respondent, v. EASTERN AUTOMOBILE FORWARDING COMPANY, INC., and Others, Appellants. (Action No. 3.) — Same decision and like cause of action as in companion case of Skidmore v. Eastern Automobile Forwarding Company, Inc., No. 2 (ante, p. 683), decided herewith. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

THOMAS NAYLOR, as Administrator, etc., of THOMAS NAYLOR, JR., Deceased, Respondent, v. EASTERN AUTOMOBILE FORWARDING COMPANY, INC., and Others, Appellants. (Action No. 4.) — Same decision and like cause of action as in companion case of Skidmore v. Eastern Automobile Forwarding Company, Inc., No. 2 (ante, p. 683), decided herewith. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.